FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR -6 2016

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 4:16 CR 00081 KGB |
| v. | ) | |
| | ) | |
| JASON BYARD | ) | 18 U.S.C. § 922(g)(1) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A. Prior to December 11, 2015, in the Eastern District of Arkansas, the defendant,

JASON BYARD,

had been previously convicted as follows:

1. In White County Circuit Court, Arkansas of Possession of a Controlled Substance with Intent to Deliver (Methamphetamine), Possession of Drug Paraphernalia, and Maintaining a Drug Premises, in criminal case CR-2010-329.

B. Each of the crimes set forth in paragraph A are punishable by a term of imprisonment exceeding one year.

C. On or about December 11, 2015, in the Eastern District of Arkansas, the defendant,

JASON BYARD,

did knowingly possess at least one firearm in and affecting commerce, to wit: one (1) Hi Point model C9 9 mm pistol, bearing serial number P1382467, loaded with ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

Upon conviction of the offenses alleged in Count 1 of this Indictment, JASON BYARD shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to one (1) Hi Point model C9 9 mm pistol, bearing serial number P1382467, and ammunition, pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853.

[END OF TEXT: SIGNATURE PAGE ATTACHED]