PS 42
(Rev. 7/93)

# United States District Court
## Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 11 2016
JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

| United States of America | ) |
|---|---|
| vs. | ) |
| Jason Byard | ) Case No. 4:16CR00081 KGB |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Jason Byard____, have discussed with ____Kristy Burton____, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

Curfew. You are restricted to your residence every day as directed by the pretrial services office or supervising officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_/s/ Jason Byard_ 9/29/16    _/s/ Kristy Burton_ 9/29/16
Signature of Defendant  Date    Pretrial Services/Probation Officer  Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_/s/_____    October 7, 2016
Signature of Defense Counsel    Date

The Assistant U.S. Attorney ☒ does ☐ does not concur with this modification.
☒ The above modification of conditions of release is ordered, to be effective on __10/11/16__.
☐ The above modification of conditions of release is *not* ordered.

_/s/_____    10/11/16
Signature of Judicial Officer    Date